STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Christopher Brown
Reg. No. 10980-035 FCC
P. O. Box 1034, USP Coleman
Coleman FL 33521


**REHEARING ACTION: February 2, 2011**


**Docket Number: 10   00469-CA**

**CHRISTOPHER BROWN, ET AL.**
**VERSUS**
**SUTHERLAND LUMBER, ET AL.**

**Appealed from Rapides Parish Case No. 195,641**


**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher M. Brown** has this day been

> **DENIED.**
> Peters, J., would grant the rehearing.


cc: Thomas Overton Wells, Counsel for the Appellee